# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED
MAR 01 2023
PETER A. MOORE, JR. CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Antonio H. Aparicio
_Petitioner_

v.

Case No. 5:23-HC-2020-BO
_(Supplied by Clerk of Court)_

Department of Homeland Security, et al.,
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Antonio H. Aparicio
   (b) Other names you have used: ____
2. Place of confinement:
   (a) Name of institution: Nash Correctional Institution
   (b) Address: P.O. Box 600
      Nashville NC 27856
   (c) Your identification number: 1612068
3. Are you currently being held on orders by:
   ☐ Federal authorities  ☒ State authorities  ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: ____
      (b) Docket number of criminal case: ____
      (c) Date of sentencing: ____
   ☐ Being held on an immigration charge
   ☐ Other (explain): ____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☑ Immigration detention
☑ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other *(explain):* Removal

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: DHS ICE DRO @ 140 Centrewest Ct., Cary N.C. 27513

   (b) Docket number, case number, or opinion number: 078 431 369
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):*
   The Detainer and Removal based on determination of Biometric, when the petitioner has not been afforded biometrics notice or instructions for providing biometrics, neither was it part of the plea deal, attorney did not notify petitioner he was going to be deported. (d) Date of the decision or action: 8-8-19

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes            ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes            ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes      ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☒ Yes  ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: 8-8-19
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☒ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes  ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Writ of Habeus Corpus 2241
(b) Name of the authority, agency, or court: United States District Court
(c) Date of filing: 1-27-23
(d) Docket number, case number, or opinion number: 5:23-HC-2020-BO
(e) Result: was Directed to correct the deficiencies
(f) Date of result: 1-27-23
(g) Issues raised: That under the provisions of the constitution his detainer and removal aswell as the determination proceedings are illegal. Petitioner also contends that no one made it aware to him at the court proceeding that he would be deported, less his right to appeal the decision. Petitioner is also raising that he is protected by the Immigration Act of February 5 1917 U.S.C.A. 155, which the state bears the burden of proving that petitioner has committed a crime involving moral turpitude. see Exhibit LOS for more detail.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner was involuntarily placed in detainer based on DHS ICE DRO determination that petitioner is a removable alien based on Biometric Confirmation in violation of the 5th Amendment, due process of law, due process clause, 14th Amendment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner was not provided an opportunity his right to challenge. In otherwords, neither the court or his attorney instructed the petitioner how to expressly object to the placing of Biometrics because he was not giving Biometrics notice or instructions under matter of D-M-C-P.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND TWO:** Being deported was not part of the plea deal, otherwise would have taken it to trial, my attorney never brought up that I would be deported.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
In the plea agreement, it can be witness that deportation was not part of the plea deal, claiming IAC.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND THREE:** Petitioner has not committed a crime involving moral turpitude

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner does not meet any of the criteria involving a crime of moral terpitude and the state bears the burden that petitioner does, that would set him for deportation. The act of 1917 section A is long and sets forth many grounds for deportation.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND FOUR:** Petitioner meets the legislative pardon known as the act of mercy. As stated no one has made this aware to petitioner and thru his own effort of searching thru his own case has made it aware, depriving him of his rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Immigration act 1917 155..." provided further, that the provision of this section respecting the deportation of aliens convicted of a crime involving moral turpitude shall not apply to one who has been pardoned. Petitioner contends that this is his only charge, one felony and has endured the punishment he was adjudged for the same and therefore not deportable.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I was never advised or made aware of it by attorney or court.

## Request for Relief

15. State exactly what you want the court to do: Respectfully requesting this Honorable Court to enter an order after reviewing the case authorizing Petitioner release from involuntary detainer and removable determination from DHS ICE DRO of Cary N.C. and to produce the body of the petitioner before this Honorable Court for a hearing and to appoint counsel to petitioner for representation and for such further relief as the nature of the cause may require.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-14-23

*Antonio Hernandez Aporicvo*
Signature of Petitioner

*Antonio Hernandez Aparicio*
Signature of Attorney or other authorized person, if any